# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 11, 2008

Clifford W. Taylor,
Chief Justice

136134
& (12)
(13)(14)
(15)(16)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MACOMB TOWNSHIP,
           Plaintiff-Appellee,

v

                                          SC:  136134
                                          COA: 284479

RONALD MICHAELS and
DOLORES MICHAELS,
           Defendants-Appellants.
                                          Macomb CC: 95-004372-CZ

_____/

      On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal the March 28, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The motions for stay are DENIED as moot.



     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 11, 2008                                                             

l0408                                                  Clerk